**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **KELLER JOSE OROPEZA RAMIREZ,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2438-KC** |
| **EAST CAMP MONTANA,** | § | |
| **Respondent.** | § | |

**ORDER**

On this day, the Court considered the case. The page of Keller Jose Oropeza Ramirez's Petition, ECF No. 1, titled "Declaration Under Penalty of Perjury" is not signed by Oropeza Ramirez. *See* Pet. 8. Accordingly, on September 28, 2026, the Court ordered that if Oropeza Ramirez wishes to proceed with his Petition, he must, by October 19, 2026, both (1) file an amended petition that contains a declaration, and provide his signature underneath the statement; and (2) either pay the $5.00 filing fee or move to proceed without prepayment of the filing fee. *See* Sep. 28, 2026, Order 2, ECF No. 2. That date passed, and Oropeza Ramirez did not file an amended petition and did not either pay the $5.00 filing fee or move to proceed without prepayment of the filing fee. Accordingly, the Court ordered that Oropeza Ramirez must (1) show cause for his failure to comply with this Court's September 28 Order; (2) file an amended petition, containing a signed declaration under penalty of perjury; and (3) either pay the $5.00 filing fee or move to proceed without prepayment of the filing fee, all by no later than November 10, 2026. *See* Oct. 20, 2026, Order 2, ECF No. 5. The Court cautioned that failure to comply with its October 20 Order may result in dismissal of the case for failure to prosecute. *See id.*

This deadline has now passed, and Oropeza Ramirez has not filed any response to the Court's October 20 Order, nor has he filed an amended petition and either paid the $5.00 filing fee or moved to proceed without prepayment of the filing fee. Accordingly, the Court **ORDERS** that the Petition is **DISMISSED** without prejudice for failure to prosecute.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 13th day of November, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE